**Samuel D. HENSLEY, Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.**

No. 02–3535.

United States Court of Appeals, Eighth Circuit.

Submitted June 17, 2003.

Decided June 26, 2003.

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

Samuel D. Hensley appeals the district court's * order affirming the denial of disability insurance benefits and supplemental security income. Having carefully reviewed the record, *see Pearsall v. Massanari,* 274 F.3d 1211, 1217 (8th Cir. 2001) (standard of review), we affirm.

In his June 1996 applications and related documents, Hensley alleged disability from degenerative disc disease, head and neck pain, unexplained falls, upper-extremity weakness, and periodic insomnia. After a second hearing, where a vocational expert testified, an administrative law judge (ALJ) determined Hensley could not perform his past relevant work but he could perform jobs the vocational expert identified in response to a hypothetical the ALJ posed.

We reject Hensley's challenges to the ALJ's credibility findings, which were based on multiple valid reasons. *See Lowe v. Apfel,* 226 F.3d 969, 972 (8th Cir.2000) (where adequately explained and supported, credibility findings are for ALJ to make); *Riggins v. Apfel,* 177 F.3d 689, 692 (8th Cir.1999) (there is no doubt claimant is experiencing pain, but real issue is severity of pain). We decline to consider the new medical records Hensley has submitted, *see Delrosa v. Sullivan,* 922 F.2d 480, 483–84 (8th Cir.1991), or the new arguments he raises, *see Misner v. Chater,* 79 F.3d 745, 746 (8th Cir.1996).

---

* The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Accordingly, we affirm.

A true copy.